UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ERIBERTO LEON,            )
                          )
        Petitioner,       )      3:09-cv-0416-RCJ-VPC
                          )
vs.                       )      **ORDER**
                          )
GREGORY SMITH, *et al.*,  )
                          )
        Respondents.      )
_____ /

On February 25, 2010, this court entered an order requiring respondents to appear in the instant action and to answer or otherwise respond by 4/28/10 (docket #6). Respondents have not filed an appearance, nor have they filed an answer or other response.

The court will give respondents twenty days from the date of this order to show cause why they have not appeared and filed an answer or other response to the petition for writ of habeas corpus.

**IT IS THEREFORE ORDERED** that respondents shall have twenty (20) days to **SHOW CAUSE** why they have not appeared and filed and served an answer or other response to the petition for writ of habeas corpus as ordered by this court on February 25, 2010.

DATED: This 24th day of August, 2010.

_____
UNITED STATES DISTRICT JUDGE