UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ERIBERTO LEON,                )
                              )
      Petitioner,           )   3:09-cv-0416-RCJ-VPC
                              )
vs.                           )   **ORDER**
                              )
GREGORY SMITH, *et al.*,      )
                              )
      Respondents.          )
_____/

On February 25, 2010, this court entered an order requiring respondents to appear in the instant action and to answer or otherwise respond by 4/28/10 (docket #6). Respondents did not filed an appearance, nor have they filed an answer or other response. The court has received respondents' response to the court's order to show cause why no answer or response has been filed (docket #10), pleading excusable neglect. This appearing to be true, the court will grant respondents' request for time to file an answer or other response to the pending petition.

**IT IS THEREFORE ORDERED** that respondents shall have thirty (30) days from entry of this order to file and served an answer or other response to the petition for writ of habeas corpus as ordered by this court on February 25, 2010.

DATED this 19th day of October, 2010.

_____
UNITED STATES DISTRICT JUDGE