AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF    NEVADA

ERIBERTO LEON,

    Petitioner,     JUDGMENT IN A CIVIL CASE

V.

    CASE NUMBER: **3:09-cv-00416-RCJ-VPC**

GREGORY SMITH, et al.,

    Respondents.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that respondents' Motion to Dismiss (Docket No. 12) is GRANTED. The petition (Docket No. 7) is DISMISSED WITH PREJUDICE.

    4/26/2011                                    **LANCE S. WILSON**
                                                                           Clerk

                                                                          /s/ Katie Lynn Ogden
                                                                          Deputy Clerk